# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBANPREET SINGH, | Case No.  1:25-cv-01752-SKO (HC) |
| Petitioner, | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| v. | [Doc. 8] |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Respondents. | |

Petitioner has requested the appointment of counsel.  Under 18 U.S.C. § 3006A(a)(2)(B), the Court may appoint counsel for an impoverished habeas petitioner seeking relief under 28 U.S.C. § 2241 whenever the Court "determines that the interests of justice so require[.]" 18 U.S.C. § 3006A(a)(2)(B). 18 U.S.C. § 3006A(a)(2)(B). Petitioner has failed to establish that he does not have sufficient funds to hire a lawyer.

Accordingly, Petitioner's motion for appointment of counsel is DENIED without prejudice.

IT IS SO ORDERED.

Dated:  __January 8, 2026__                    _____/s/ Sheila K. Oberto_____
                                                                UNITED STATES MAGISTRATE JUDGE

1